**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**OPERATING ENGINEERS LOCAL 324 FRINGE BENEFIT FUNDS and TRUSTEES OF THE OPERATING ENGINEERS LOCAL 324 FRINGE BENEFIT FUNDS,**

**Case No. 99-76062**
**Hon. John Feikens**
**Mag. Judge Morgan**

**Plaintiffs,**

**v.**

**DIAMOND DISMANTLING, INC., and GERALD A. FODALE,**

**Defendants.**
**____________________________________________/**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**The Court having reviewed the Magistrate Judge's Report and Recommendation, filed 5/27/2009, and noted no objections were filed by either part,**

**IT IS ORDERED that the Report is adopted and an evidentiary hearing will be held by Magistrate Judge Virginia Morgan to determine the facts bearing on the validity of the consent judgment purporting to establish personal liability.**

**s/John Feikens**
**John Feikens**
**United States District Judge**

**Dated: June 23, 2009**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 23, 2009.**

**s/Carol Cohron**
**Deputy Clerk**